## SYMONDS *against* CRAW.

E. GRIFFIN, for the defendant, moved for judgment of *non pros,* for not delivering a bill of particulars pursuant to counts only, leaving him to proceed upon his special count, for not furnishing a bill of particulars.

A plaintiff may be non-prossed as to his common

Furnishing a bill of particulars after a regular notice of a motion for judgment of non pros, for not delivering one pursuant to a judge's order, is an answer to the application, provided the costs be paid up to that time ; but not otherwise.

ALBANY
Feb. 1826.

Adams
v.
Smith.

an order. The declaration contained one special count with the general counts; and the order was founded upon, and related to the latter. After this motion was noticed the plaintiff furnished a bill, but did not pay the costs.

*J. Steele* opposed the application, insisting that the plaintiff could not be *non prossed* as to a part of the counts. Besides, he said, a bill had been furnished; and, in either view, the motion must fail.

*Curia.* We think differently. The motion must be granted as to the common counts, unless the plaintiff pay the costs of this application within thirty days. Furnishing a bill of particulars after notice given, would have been an answer to the present application, had the costs of the motion been paid up to the time of the bill furnished.

Rule accordingly.